JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | Lead Case No.: 2:18-ml-02814-AB (FFMx) [Assigned to Hon. André Birotte Jr. Courtroom 7B Magistrate Frederick F. Mumm Courtroom 580] |
| THIS DOCUMENT RELATES ONLY TO: *CLARENE BANKS, et al. vs. FORD MOTOR COMPANY* 2:18-cv-01288-AB-FFMx | Transfer Order from USJPML: 02/06/18 |

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiffs and Defendant.

//

//

//

//

ORDER OF DISMISSAL

- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

It is, THEREFORE, ORDERED by the Court that pursuant to the stipulation filed by Plaintiffs Clarene Banks, Dora Bell, Brandy Benavides, Monica Castro, Raymond Childs, Cynthia Duran, Neal Estes, Matthew Finamore, Michael Floerke, Jose Gonzalez, Josie Hollowell, Ashley Johnson, Lloyd Lister, Jr., Soledad Monjarez, Zachary Pemberton, Dolores B. Ramos, Mike Reneau, Clayton Walley, and Kandis Tippett and Defendant Ford Motor Company, Plaintiffs' claims against Defendant Ford Motor Company are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear their own fees and costs.

SIGNED: December 30, 2020.

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL

- 2 -